UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **DOUGLAS BLANCHARD, JR.** | **CIVIL ACTION NO. 22-260** |
| **VERSUS** | **JUDGE SUSIE MORGAN**<br>**SECTION "E"** |
| **THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND** | **MAGISTRATE JUDGE DONNA PHILLIPS CURRAULT**<br>**MAG. DIVISION (2)** |

### DEFENDANT'S RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT AND JURY DEMAND

NOW INTO COURT, through undersigned counsel, comes Defendant, The Administrators of the Tulane Educational Fund ("Tulane" or "Defendant"), who, without waiving and expressly reserving any other motions, arguments, objections, and defenses to this action, appears solely pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and respectfully moves this Honorable Court to dismiss all of the claims in the Amended Complaint and Jury Demand ("Amended Complaint") (R. Doc. 16) filed by Plaintiff, Douglas Blanchard, Jr., as more fully set forth in the attached Memorandum in Support of Defendant's Rule 12(b)(6) Motion to Dismiss.

Plaintiff's claim under the Equal Pay Act ("EPA") (to the extent he asserts one) must be dismissed because he failed to allege that he worked in a position requiring equal skill, effort, and responsibility under similar working conditions or that he was paid less than alleged comparators. Plaintiff's disparate wage claims under Title VII and 42 U.S.C. § 1981 ("Section 1981") based upon his sex and race are deficient for the same reasons. Plaintiff also asserts race, sex discrimination and retaliation claims that were not administratively exhausted under Title VII. Those claims should further be dismissed because he fails to allege any adverse employment action or proper comparator under Title VII and Section 1981. Plaintiff's hostile

work environment claims under Title VII and Section 1981 fall far short of alleging severe or pervasive conduct and fail as a matter of law. Finally, all of Plaintiff's retaliation claims under Title VII and Section 1981 must be dismissed because he has not alleged a materially adverse employment action or but for causation.

For the factual and legal reasons detailed more fully in the attached Memorandum in Support, Defendant respectfully submits the granting of this motion to dismiss is warranted, and respectfully moves this Court for an order dismissing all claims, at Plaintiff's costs, *with prejudice*, including other relief to which Defendant may be entitled.

WHEREFORE, Defendant, the Administrator of the Tulane Educational Fund, respectfully requests that this motion be granted; that all claims in the Amended Complaint be dismissed, at Plaintiff's costs, *with prejudice*; and, that Defendant be awarded any other relief this Court deems proper.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Kim M. Boyle*
KIM M. BOYLE (#18133)
REBECCA SHA (#35317)
Canal Place
365 Canal Street • Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: (504) 566-1311
Telecopier: (504) 568-9130
E-mail:   kim.boyle@phelps.com
rebecca.sha@phelps.com

**ATTORNEYS FOR DEFENDANT, THE ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND**